IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20-CR-089 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| HAVEN HILL, | : | 21 U.S.C. § 844 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(21 U.S.C. § 844)

On or about February 22, 2020, in the Southern District of Ohio, the Defendant, **HAVEN HILL**, did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 844.

DAVID M. DEVILLERS
United States Attorney

*[signature]*
JULIENNE MCCAMMON
Special Assistant United States Attorney