United States District Court
Southern District of Ohio
_____

**Related Case Memorandum
Criminal Cases**

TO: Magistrate Judge Ovington and Magistrate Judge Newman

FROM: Connie Berry, Case Management Specialist

DATE: September 3, 2020

SUBJECT: Case Caption: USA v. Haven Hill

CASE: Case Numbers: 3:20-CR-089

This memorandum is to notify you that the Defendant Information Sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: USA v. Joseph White

Case Number: 3:20-PO-087    District Judge: _____

File Date: 9/3/2020    Magistrate Judge: Sharon L. Ovington

**Related Case(s):**

Case Caption: _____

Case Number: _____    District Judge: _____

File Date: _____    Magistrate Judge: _____

Memo Re: Related Criminal Cases
Page 2

      The Magistrate Judges having conferred, we respond to Case Management Specialist <u>Connie Berry</u> as follows:

**Judge's Response:**

☐   We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒   We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Michael J. Newman

☐   We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

    Other Direction of Judge: _____

_____

 

s/Michael J. Newman
United States Magistrate Judge


s/Sharon L. Ovington
United States Magistrate Judge


cc: Courtroom Deputies