# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

HAVEN HILL,

    Defendant.

Case No. 3:20-cr-89

Magistrate Judge Peter B. Silvain, Jr.

## DISMISSAL ORDER

    The above referenced case was set for an arraignment on Wednesday, August 24, 2022. The defendant failed to appear for the scheduled arraignment. The Government moved to dismiss the case. The Government's oral motion to dismiss case is hereby GRANTED. The case is dismissed with prejudice.

August 24, 2022

                                                                              s/Peter B. Silvain, Jr.
                                                                                 Peter B. Silvain, Jr.
                                                                    United States Magistrate Judge